# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-3289

_____

Kenneth F. Davis

*Plaintiff - Appellant*

v.

Jarred Sherrill, Correctional Officer/Sergeant, Maximum Security Unit, ADC;
Nicola Kelly, Captain, Maximum Security Unit, ADC; Vineshia Barnes,
Grievance Administrative Specialist I, Maximum Security Unit, ADC; Danny
Burl, Correctional Warden, Maximum Security Unit, ADC; Carl E. Stout, Major,
Maximum Security Unit, ADC; Lorie Taylor, Disciplinary Hearing Officer,
Maximum Security Unit, ADC

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: June 17, 2020
Filed: June 22, 2020
[Unpublished]

_____

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Kenneth Davis appeals the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we conclude that the district court properly granted summary judgment for the reasons stated in the court's Order dated October 9, 2019. *See Hartsfield v. Nichols*, 511 F.3d 826, 829 (8th Cir. 2008) (reviewing grant of summary judgment de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Davis's motion for sanctions.

———————————————

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.